# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D2023-2645
LT Case No. 2017-CF-141

———————————————————

WILLIAM FITZGERALD SEWARD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

3.850 Appeal from the Circuit Court for Sumter County.
Mary P. Hatcher, Judge.

William Fitzgerald Seward, Sneads, pro se.

Ashley Moody, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

May 14, 2024

PER CURIAM.

    AFFIRMED.

JAY, HARRIS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____